# United States District Court
EASTERN DISTRICT OF MISSOURI

**JUDGMENT IN A CIVIL CASE**

THOMAS GOHN

    Plaintiff,

        v.                        CASE NUMBER:    4:09-cv-769 JCH

OWEN HILL

    Defendant.

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Directed Verdict.** This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case;

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS HEREBY ORDERED AND ADJUDGED** that on Plaintiff Thomas Gohn's excessive use of force claim against defendant Owen Hill, as submitted in Instruction No. 5, we find in favor of Plaintiff Thomas Gohn. On Plaintiff Thomas Gohn's batter claim against Defendant Hill, as submitted in Instruction No. 6, we find in favor of Defendant Owen Hill. We find plaintiff Thomas Gohn's damages to be: $1.00.

                                                  James G. Woodward
                                                  CLERK

March 8, 2011
DATE

                                           By: _____
                                                  DEPUTY CLERK